RECEIVED
OCT 01 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Douglas E. Arpert |
| v. | : Mag. No. 11-2525 (DEA) |
| DAVID WAX and | : ORDER FOR CONTINUANCE |
| JUDY WAX | : |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing), and defendants David Wax and Judy Wax (Mitchell J. Ansell, Esq. and Steven Secare, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants and their counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the United States and the defendants having requested this seventh continuance so that the parties can negotiate plea agreements and thereby avoid a possible trial; and for good cause shown;

IT IS on this _2nd_ day of ~~September~~ October, 2012,

ORDERED that the time from the date this Order is entered, to and including January 10, 2013, shall be excluded in calculating the time within which an Information or Indictment

must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendants desire time to discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

_____
Nelson S.T. Thayer, Jr.
Attorney In Charge, Trenton Office

_____
R. Joseph Gribko
Assistant United States Attorney

_____
Mitchell Ansell, Esq.
Counsel for Defendant David Wax

_____
Steven Secare, Esq.
Counsel for defendant Judy Wax

must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendants desire time to discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Nelson S.T. Thayer, Jr.
Attorney In Charge, Trenton Office

R. Joseph Gribko
Assistant United States Attorney

Mitchell Ansell, Esq.
Counsel for Defendant David Wax

Steven Secare, Esq.
Counsel for defendant Judy Wax